FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 02 2022
TAMMY H. DOWNS, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:22CR00027 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| BRANDON GIGNAC | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about June 4, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

BRANDON GIGNAC,

did knowingly receive any visual depiction using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

**COUNT TWO**

On or about September 10, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

BRANDON GIGNAC,

did knowingly receive any visual depiction using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE

On or about November 10, 2021, in the Eastern District of Arkansas and elsewhere, the defendant,

BRANDON GIGNAC,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION ONE

Upon conviction of any of the crimes alleged in Counts One through Three of this Indictment, the defendant, BRANDON GIGNAC, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.